STATE OF CONNECTICUT *v.* MICHAEL E. VAUGHN

The state's motion for permission to file a supplemental brief after argument on May 5, 1976, of the appeal from the Superior Court in New Haven County is denied.

*William F. Gallagher,* special assistant state's attorney, in support of the motion.

*Robert M. Axelrod,* in opposition.

Submitted May 17—decided June 1, 1976

JAMES SMALLS *v.* STATE OF CONNECTICUT

The plaintiff's motion for permission to supplement the record with a finding in the appeal from the Superior Court in Fairfield County is denied.

*Alan Neigher,* in support of the motion.

Submitted May 21—decided June 1, 1976

BARNABY HORTON ET AL. *v.* THOMAS J. MESKILL ET AL.

PETER D. GRACE ET AL. *v.* THOMAS J. MESKILL ET AL.

The petition by Stephen Pierson for permission to file a brief as amicus curiae in the appeal from the Superior Court in Hartford County is granted.

*Stephen Pierson,* in support of the petition.